1983
11
1983 Form

# In the United States District Court
# For the Northern District of Alabama

FILED
2011 OCT 12 P 12:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

James Willis Bonds
_____
_____
_____

CV-11-PT-3615-M

(Enter above the full name(s) of the
plaintiff(s) in this action)

v

c/o Donald Lukima, c/o Erin
Merchant, c/o Matthew Dixon
and C. Smith (John Doe)
_____

(Enter above full name(s) of the
defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved
       in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

   B.  If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more
       than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same
       outline.)

       1.  Parties to this previous lawsuit

           Plaintiff(s): _____

           Defendant(s) _____

       2.  Court (if Federal Court, name the district; if State Court, name the county)

           _____

       3.  Docket Number _____

       4.  Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   _____
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement _____

   A. Is there a prisoner grievance procedure in this institution?
      Yes (✓)  No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes (✓)  No ( )

   C. If your answer is YES:

      1. What steps did you take? I notified all C. Captains, Peters, Malone, and Sanders. As well as Warden Davenport and Headley. (Also, wrote Com. m.R.T. Thomas.)

      2. What was the result? No response _____

      _____
      _____

   D. If your answer is NO, explain why not? _____
      _____
      _____
      _____

III. Parties
   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) James Willis Banks _____

   _____

   Address 1000 St Clair Road Springville, AL 35146 _____

- 2 -

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant C/O Donald Lukima
   is employed as Corrections Officer
   at St. Clair Corr. Facility

C. Additional Defendants C/O Erin Merchant, C/O Matthew Dixon, and C/O C. Smith (John Doe) all employed as Corrections Officers at St. Clair Corr. Facility.

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On Sept. 3, 2011 at or around 7:00 pm C/O's E. Merchant, M. Dixon, and C. Smith (John Doe) were doing a security check of P-2 Block. During said security check these 3 C/O's decided to shake my cell down, P2-41 cell. They came in said, "Security check" and asked, "Where the phone?" They strip me rolled and made me squat and cough. No phone. They searched the clothes I had on. No phone. Then they begin to search the cell. They found the phone in a pair of pants laying on the ground. Then they surrounded me, cornered me in the back of the cell and asked, "Why you take us through all this bullshit, huh?" The whole time I was asking to be taken to see the shift supervisor or one of them should call for a supervisor over the radio. Then C/O Merchant swung and tried to hit me. I pushed him off and then I was sprayed

with "Saber Red" mace and beaten, assaulted with excessive force while I was naked and not resisting or fighting back. They handcuffed me and sat me on the bed. The situation was noted contained over the radio. C/O's M. Dixon and C. Smith (Doe) where at the entry to the cell. C/O Merchant was standing over me cursing me out. C/O Lutzma walks past the 2 C/O's at the entry to the door yells out, "MOTHER FUCKER" and strikes me in

V. RELIEF

State briefly ~~exactly~~ what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'd like for the Hon. Court to grant me $78,000.00 for the damage to my left eye, which caused me temporarily blindness in that eye (still can't see out of it now but the Doctors at The Lions Eye Clinic (UAB) said my vision will come back). A total of $1,19,500.00 from each C/O involved in the assault/beating and use of excessive force. That's $78,000.00 grand total. I am also pursueing charges of Assault and Battery against these C/O's.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/10/11__
   (date)

_[signature]_

Signature(s)

the left eye directly (fist or baton?) knocking me clean over and then C/O's Merchant and M. Dixon joined in with him and beat me unmercifully while I was handcuffed behind my back and maced, "Saber Red", in my eyes and face while C/O C. Smith ↑ (John Doe) watched the door. When Inmates started crowding around I heard C/O C. Smith ↑ (John Doe) say, "Stop. The Inmates are crowding around." I was taken to the infirmary and then put in a cell/segregation. On Sept. 4, 2011 I had to be taken back to the infirmary that morning about 8:30am because my left eye was bleeding through the bandages. Nurse Stone called Dr. Tulley because it was so bad... and I was sent to Coopergreen Mercy Hospital in B'ham. I had to be sent out the backgate to the freeworld Hospital. Coopergreen Mercy Hospital did a CT scan that came back with an orbital Fracture and a broke bone in my left eye connected to my left nostril that causes my nose to bleed. Coopergreen Mercy Hospital then sent me to The Callahan Eye Foundation Clinic (UAB). There I was told not to blow my nose because if I did I could possibly blow my eye out due to the broken bone in my eye connected to my left nostril. And an appointment was rescheduled with The Lions Eye Clinic (UAB) because the swelling was to bad and my left eye wouldn't open. I went back to the Lions Eye Clinic (UAB) on Sept. 23, 2011. I have to go back again to see an expert/specialist. (Haven't not been as of yet.)

James Bond's prose.